Ross D. Tillman
BOONE KARLBERG P.C.
201 W. Main St., Suite 300
P.O. Box 9199
Missoula, Montana 59807-9199
Telephone: (406) 543-6646
Telefax: (406) 549-6804
rtillman@boonekarlberg.com
*Attorneys for Pioneer Specialty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PIONEER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHENI, LLP, a domestic limited liability partnership; DAVID THOMAS MURPHY, an Individual; and CARLA MARIE WIGTON, an Individual,<br><br>Defendants, | Cause No.: 9:18-CV-00055-DLC-RWA<br><br>**MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(2), Fed. Rules of Civil Procedure, Plaintiff Pioneer Specialty Insurance Company ("Pioneer") hereby moves the Court to dismiss Sheni, LLP with prejudice. Sheni, LLP's counterclaim against Pioneer was dismissed with prejudice pursuant to Court Order on or about November 14, 2019. [Doc. 30.] Counsel for the parties have been contacted and do not object to this

1

Motion.

A proposed Order is attached.  The parties shall bear their own respective costs and fees.

DATED this 6th day of January, 2020.

                                                  BOONE KARLBERG P.C.

                                                  /S/Ross D. Tillman
                                                  201 W. Main, Suite 300
                                                  P. O. Box 9199
                                                  Missoula, Montana 59807-9199
                                                  *Attorneys for Pioneer Specialty Insurance Company*