IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PIONEER SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID THOMAS MURPHY, an Individual; and CARLA MARIE WIGTON, an Individual,<br><br>　　　　Defendants. | CV 18–55–M–DLC<br><br><br><br>ORDER |

　　Pursuant to Plaintiff Pioneer Specialty Insurance Company's stipulation (Doc. 46) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

　　IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The parties shall bear their own respective costs and fees.  IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

　　DATED this 4th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court